TOWNSEND AND TOWNSEND AND CREW LLP
MARK T. JANSEN (State Bar No. 114896)
ANTHONY J. MALUTTA (State Bar No. 193587)
ELIZABETH GOSSE (State Bar No. 215494)
Two Embarcadero Center, 8th Floor
San Francisco, California   94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300

Attorneys for Plaintiff
QWEST COMMUNICATIONS INTERNATIONAL INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QWEST COMMUNICATIONS INTERNATIONAL INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AT&T CORP., a New York corporation,<br><br>　　　　　　Defendant. | Case No. C 05-00229 WHA<br><br>**STIPULATION FOR ORDER AND ORDER FOR DISMISSAL OF ACTION** |

　　　　WHEREAS, defendant AT&T Corp. (AT&T) filed applications with the United States Patent and Trademark Office (USPTO) to register the mark CONQUEST, Applications Nos. 76/006,000, 76/006,001, 76/006,002, and 76/006,003 (the applications);

　　　　WHEREAS, on November 17, 2004, the Trial and Trademark Appeals Board (TTAB) entered its decision granting AT&T's applications over the opposition of plaintiff Qwest Communications International Inc. (Qwest);

　　　　WHEREAS, Qwest appealed the TTAB's decision by filing this action, on January 14, 2005; and

1    WHEREAS, AT&T has abandoned its applications to register CONQUEST, making the
2 TTAB decision and this action moot.
3    Now therefore, the parties hereto stipulate, through their counsel of record, for entry of an
4 order dismissing this action with prejudice, both sides to bear their own costs and legal expenses
5 incurred in this and all earlier proceedings.
6 IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

7
8 DATED: June 6, 2005                TOWNSEND and TOWNSEND and CREW LLP

9
10                                  By _____/s/_____
                                       Mark T. Jansen
11                                  *Attorneys for Plaintiff*
                                    Qwest Communications International Inc.
12

13 DATED: May 19, 2005               DONOVAN & YEE LLP

14
                                    By _____/s/_____
15                                     Francine Miller

16 DATED: May 20, 2005               SIDLEY AUSTIN BROWN & WOOD LLP

17
                                    By _____/s/_____
18                                     Robert B. Morrill

19                                  *Attorneys for Defendant*
20                                  AT&T CORP.

21
                                    **ORDER**
22
   PURSUANT TO STIPULATION, IT IS SO ORDERED.
23 The Clerk shall close the file.

24 DATED: June 7, 2005               _____
25                                  The Honorable William H. Alsup
                                    United States District Court Judge
26
   60490251 v1
27
28

STIPULATION FOR ORDER AND ORDER FOR DISMISSAL OF ACTION
CASE NO. C 05-00229 WHA                                                              2